Francine Zepeda, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Francisco Javier Andrade–Alvarado appeals from the 84–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Andrade–Alvarado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

Andrade–Alvarado filed a pro se supplemental brief, contending that the district court erred in failing to grant him a one-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b). The government filed an answering brief contending that the district court did not err because the government did not move for an additional one-level reduction and Andrade–Alvarado did not show improper motive or arbitrariness.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to the defendant's conviction.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mauricio GARCIA, Defendant–Appellant.**

No. 11–30016.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Dec. 19, 2011.*

Filed Dec. 23, 2011.

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Matthew Richard Pittman, Special Assistant U.S. Attorney, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Michael Filipovic, Federal Public Defender's Office, Seattle, WA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Mauricio Garcia appeals from his guilty-plea conviction and 63–month sentence imposed for conspiracy to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.